UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DARLENE OXENDINE and KENNEDY REID,                                                    Plaintiffs,

v.                                                    Civil Action No. 3:22-cv-44-DJH-RSE

JAMES O. STRUNK et al.,                                                    Defendants.

\* \* \* \* \*

## ORDER

The parties jointly move to dismiss this matter with prejudice. (Docket No. 16; *see* D.N. 16-1) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the joint motion to dismiss (D.N. 16) is **GRANTED**. This matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

October 14, 2022

David J. Hale, Judge
United States District Court

1